BRUCE MARCUS, Appellant, v. MELVIN GREENWALD, Respondent. —

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.